AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MANUEL PRADO HERNANDEZ,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV122-73

THE GEO GROUP INC.,

Defendant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 26, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's complaint is dismissed without prejudice. This action stands closed.



August 26, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020